**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:  ROBERT RAY ROGERS JR  §  Case No.: 10-33605
        NICOLE TISHA ROGERS  §
              Debtor(s)  §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 07/28/2010.

2) This case was confirmed on 09/27/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/27/2010, 10/18/2010, 05/23/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/05/2011, 08/24/2011, 09/28/2011, 09/28/2011, 09/28/2011, 09/28/2011.

5) The case was converted on 02/10/2012.

6) Number of months from filing to the last payment:  14

7) Number of months case was pending:  19

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    15,950.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 7,025.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 7,025.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | .00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 299.94 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 299.94 |
| Attorney fees paid and disclosed by debtor | $ | 1,000.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SANTANDER CONSUMER U | SECURED | 14,750.00 | 17,877.45 | 17,877.45 | 2,969.86 | 693.01 |
| BUDS AMBULANCE SERVI | UNSECURED | 413.00 | 412.50 | 412.50 | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | 63.00 | 63.43 | 63.43 | .00 | .00 |
| SANTANDER CONSUMER U | SECURED | 11,250.00 | 14,402.85 | 14,402.85 | 2,392.69 | 558.29 |
| ROGERS & HOLLANDS JE | SECURED | 250.00 | 724.69 | 250.00 | 102.67 | 8.54 |
| ST JAMES ANESTHESIA | UNSECURED | 150.00 | 149.60 | 149.60 | .00 | .00 |
| SANTANDER CONSUMER U | UNSECURED | 3,196.00 | NA | NA | .00 | .00 |
| SANTANDER CONSUMER U | UNSECURED | 3,176.00 | NA | NA | .00 | .00 |
| LISA GOODWIN | OTHER | .00 | NA | NA | .00 | .00 |
| LISA GOODWIN | OTHER | .00 | NA | NA | .00 | .00 |
| ADVOCATE HEALTH CARE | UNSECURED | 1,300.00 | NA | NA | .00 | .00 |
| AT & T BANKRUPTCY | UNSECURED | 120.00 | 114.60 | 114.60 | .00 | .00 |
| CB USA INC | OTHER | .00 | NA | NA | .00 | .00 |
| CITI CORP CREDIT SER | UNSECURED | 8,759.00 | NA | NA | .00 | .00 |
| CITI CORP CREDIT SER | UNSECURED | 4,329.00 | NA | NA | .00 | .00 |
| CITIBANK SOUTH DAKOT | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | 33,237.00 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | 29,291.00 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | 12,218.00 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | 8,856.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 240.14 | 416.02 | 416.02 | .00 | .00 |
| DEPENDON COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| FFCC COLUMBUS INC | UNSECURED | 466.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| FFCC COLUMBUS | OTHER | .00 | NA | NA | .00 | .00 |
| IN SLEEP MEDICINE | UNSECURED | 420.00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 458.00 | 458.16 | 458.16 | .00 | .00 |
| ST JAMES HOSPITAL & | UNSECURED | 508.00 | NA | NA | .00 | .00 |
| HARRIS & HARRIS LTD | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| MIDWEST PHYSICIAN GR | UNSECURED | 326.00 | 2,303.40 | 2,303.40 | .00 | .00 |
| ILLINOIS COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| MIDWEST PHYSICIAN | UNSECURED | 324.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| MIDWEST PHYSICIAN | UNSECURED | 240.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| AMBULATORY SURGICAL | UNSECURED | 146.00 | NA | NA | .00 | .00 |
| MIDWEST PHYSICIAN | UNSECURED | 130.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| MIDWEST PHYSICIAN | UNSECURED | 115.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| MIDWEST PHYSICIAN | UNSECURED | 112.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| MIDWEST PHYSICIAN | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| MIDWEST PHYSICIAN | UNSECURED | 65.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| MIDWEST PHYSICIAN | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| MIDWEST PHYSICIAN | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 701.00 | NA | NA | .00 | .00 |
| MUTUAL HOSPITAL SERV | OTHER | .00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 130.00 | NA | NA | .00 | .00 |
| MUTUAL HOSPITAL SERV | OTHER | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 359.00 | 179.44 | 179.44 | .00 | .00 |
| CITIBANK/SEARS | UNSECURED | 3,600.00 | NA | NA | .00 | .00 |
| ECMC | UNSECURED | 9,528.00 | 16,615.78 | 16,615.78 | .00 | .00 |
| CITIBANK | UNSECURED | 6,728.00 | 12,254.07 | 12,254.07 | .00 | .00 |
| STUDENT LOAN CORPORA | UNSECURED | 6,375.00 | 8,912.36 | 8,912.36 | .00 | .00 |
| SLC CONDUIT | UNSECURED | 3,525.00 | NA | NA | .00 | .00 |
| SLC CONDUIT | UNSECURED | 3,504.00 | NA | NA | .00 | .00 |
| SLC CONDUIT | UNSECURED | 3,454.00 | NA | NA | .00 | .00 |
| GREAT LAKES EDUCATIO | UNSECURED | 10,250.00 | 10,899.26 | 10,899.26 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 3,112.00 | 3,532.73 | 3,532.73 | .00 | .00 |
| BAC HOME LOANS SERVI | SECURED | 103,571.00 | 117,082.96 | .00 | .00 | .00 |
| ROGERS & HOLLANDS JE | UNSECURED | 474.00 | .00 | 474.69 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BAC HOME LOANS SERVI | SECURED | .00 | 25,702.97 | 25,852.97 | .00 | .00 |
| ISAC | UNSECURED | NA | 93,092.73 | 93,092.73 | .00 | .00 |
| BAC HOME LOANS SERVC | OTHER | NA | NA | NA | .00 | .00 |
| BAC HOME LOANS SERVI | UNSECURED | 37,564.00 | NA | NA | .00 | .00 |
| MIDWEST PHYSICIAN | UNSECURED | 342.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 25,852.97 | .00 | .00 |
| Debt Secured by Vehicle | 32,280.30 | 5,362.55 | 1,251.30 |
| All Other Secured | 250.00 | 102.67 | 8.54 |
| **TOTAL SECURED:** | 58,383.27 | 5,465.22 | 1,259.84 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 149,878.77 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 299.94 |
| Disbursements to Creditors | $ | 6,725.06 |
| **TOTAL DISBURSEMENTS:** | $ | 7,025.00 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   03/05/2012                             /s/ Tom Vaughn
                                                Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**